USCA1 Opinion

 

 May 2, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1024 THOMAS F. KENNEDY, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Frank H. Freedman, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Selya and Stahl, Circuit Judges. ______________ ____________________ Robert H. Astor and Astor & Minardi on brief for appellant. _______________ _______________ Donald K. Stern, United States Attorney, and Karen L. Goodwin, ________________ _________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. Plaintiff-appellant Thomas F. Kennedy ___________ appeals from the grant of summary judgment in favor of defendant-appellee United States of American. "We review a grant of summary judgment de novo, employing the same criteria incumbent upon the district court in the first instance." Commercial Union Ins. Co. v. Walbrook Ins. Co., 7 _________________________ _________________ F.3d 1047, 1050 (1st Cir. 1993) (citing Pedraza v. Shell Oil _______ _________ Co., 942 F.2d 48, 50 (1st Cir. 1991), cert. denied, 112 S. ___ ____________ Ct. 993 (1992)). We have reviewed the briefs of the parties and the record on appeal. We affirm essentially for the reasons stated in the magistrate's report and recommendation, dated April 13, 1993, and the district court's memorandum and order, dated December 15, 1993. Affirmed. See 1st Cir. R. 27.1. ________ ___